# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
UNITED STATES DISTRICT JUDGE

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
301-344-0052

## M E M O R A N D U M

TO:         Counsel of Record

FROM:       Judge Roger W. Titus

RE:         *United States of America v. Miguel Angel Castillo*
            Criminal Case No. RWT 08-062

DATE:       October 15, 2015

* * * * * * * * *

Due to a conflict in the Court's calendar, the hearing on violation of supervised release currently scheduled for October 29, 2015 at 1:00 p.m. is hereby **RESCHEDULED** to **October 29, 2015 at 4:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

_____/s/_____
Roger W. Titus
United States District Judge